

FILED
MAR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. '08 MJ 8213 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 8, U.S.C., Section 1326 |
| Enrique ORTUNO-Ortiz | Deported Alien Found In the United States |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about March 10, 2008, within the Southern District of California, defendant Enrique ORTUNO-Ortiz, an alien, who previously had been excluded, deported, or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Richard Ramirez
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF MARCH 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
   v.
Enrique ORTUNO-Ortiz

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent M. Bedolla, that Enrique ORTUNO-Ortiz, was found and arrested on March 10, 2008 near Calexico, California.

On March 10, 2008, United States Border Patrol Agent (BPA) Bedolla encountered an individual, later identified as Enrique ORTUNO-Ortiz, approximately 11 miles west of the Calexico, California, West Port of Entry, walking northbound from the U.S. /Mexico International Boundary.

Agent Bedolla approached ORTUNO and identified himself as a United States Border Patrol Agent. Agent Bedolla questioned ORTUNO and determined he is a citizen of Mexico illegally in the United States. ORTUNO was arrested and transported to the Imperial California Border Patrol Station for processing

At the Station a records check revealed ORTUNO had been previously ordered removed on May 27, 1997. Further record checks revealed ORTUNO has an extensive criminal history.